# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRACY SIMPKINS,**

               **Plaintiff,**

**-vs-**                                                          **Case No.  6:08-cv-130-Orl-19DAB**

**PULTE HOME CORPORATION,**

               **Defendant.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STAY DISCOVERY (Doc. No. 38)** |
| **FILED:** | **April 18, 2008** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part, in that limited discovery shall be allowed, as set forth herein. | |
| **MOTION:** | **DEFENDANT'S REQUEST FOR EXPEDITED DISCOVERY (Doc. No. 47)** |
| **FILED:** | **April 24, 2008** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part, in that limited discovery shall be allowed, as set forth herein. | |
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION (Doc. No. 56)** |
| **FILED:** | **May 1, 2008** |
| | _____ |
| **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. | |

As set forth at hearing, the Court grants limited discovery as follows:  Defendant may take brief depositions (no longer than one and a half hours each) of the named Plaintiff and three other opt-in persons by May 16, 2008.  The depositions can be conducted in person,  telephonically, or by video-conference, as may be appropriate given the time limits and geographical constraints.  The Court expects counsel to cooperate in the scheduling of the depositions, and to meet and confer with respect to expediting initial disclosures and reasonable document production pertinent to the deponents.  The Court allows this discovery with the understanding that should Defendants later wish to take a more detailed deposition, such additional depositions (if allowed) of these persons may be at Defendant's expense.

In view of the above, a brief extension of time to respond to the certification motion is appropriate.  Defendant shall file its response to the motion to conditionally certify no later than **May 23, 2008.**

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-