**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TRACY SIMPKINS,**

**-vs-**  Case No. 6:08-cv-130-Orl-98DAB

**PULTE HOME CORPORATION,**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **FIRST MOTION TO EXTEND TIME THREE BUSINESS DAYS (Doc. No. 154)**
>
> **FILED:** September 16, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:** **SECOND MOTION FOR EXTENSION OF TIME THREE BUSINESS DAYS (Doc. No. 155)**
>
> **FILED:** September 17, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

In addition, Plaintiff is **directed** to respond to Plaintiff's Motion for Clarification and for Reconsideration (Doc. No. 149); Plaintiff's Motion for Leave to Appeal (Doc. No. 151); and Plaintiff's Motion to Stay Proceedings and Request for Expedited Consideration (Doc. No. 153), by **noon,** Monday, **September 22, 2008.**

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record